

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name: Governor Greg Abbott in his official capacity as the Governor of Texas v. County of Fort Bend, Texas

Appellate case number: 01-21-00453-CV

Trial court case number: 21-DCV-286148

Trial court: 434th District Court of Fort Bend County

Appellee County of Fort Bend's unopposed emergency motion to expedite appeal is GRANTED. The briefing schedule shall be as follows:

- Appellant's brief is due by Friday, **September 17, 2021**;
- Appellee's brief is due by Wednesday, **September 29, 2021**; and
- Appellant's reply brief is due by Monday, **October 4, 2021**.

The case will be considered on an expedited basis.

It is so ORDERED.


Judge's signature: _____/s/ Sarah B. Landau_____
                        Acting individually


Date: _____September 8, 2021_____